**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICARDO PITA PEREZ,

     Petitioner,

v.                                                                    Case No.   3:21-cv-38-J-34JBT

JEFFREY A. ROSEN, Acting Attorney
General of the United States, et al.,

     Respondents.

_____

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

     Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track __One__ Case.  **Filing party (who instituted suit in this Court) is responsible for serving a copy of this notice upon all other parties**.   However, all parties shall meet the requirements established in Local Rule 3.05 for cases designated on this track.  **All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper.**

                                         **ELIZABETH M. WARREN, CLERK**

                                       By:  s/J. W._____
                                          Deputy Clerk

Date: January 21, 2021

*Distribution:*    *- Copy to filing party:*  *-- habeas petitioner, bankruptcy appellant(s),*
                                                 ***or** removing defendant(s)*